**Ann M. VENEMAN, Secretary of Agriculture, Appellant,**

v.

**DARBY LUMBER, INC., Appellee.**

No. 04–1237.

United States Court of Appeals, Federal Circuit.

June 3, 2004.

Thomas D. Dinackus, Principal Attorney, Department of Justice, Washington, DC, for Appellant.

Richard A. Reep, Principal Attorney, Reep & Bell, Missoula, MT, for Appellee.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).